CHERYL A. GRAMES
Nevada Bar No. 12752
cheryl.grames@mccormickbarstow.com
**MCCORMICK BARSTOW**
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
(702) 949-1100

ROBERT T. SULLIVAN (*admitted Pro Hac Vice*)
rts@bowwlaw.com
JASON P. KASTING (*admitted Pro Hac Vice*)
jpk@bowwlaw.com
**BROENING OBERG WOODS & WILSON PC**
2800 N. Central Avenue, Suite 1600
Phoenix, AZ 85004
(602) 271-7700
*Attorneys for Defendant*
*Vigilant Insurance Company, a New York*
*corporation and member of the Chubb Group of*
*Insurance Companies*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT L. GOLDMAN,<br><br>          Plaintiff,<br>vs.<br><br>VIGILANT INSURANCE COMPANY, a New York corporation and member of the CHUBB GROUP OF INSURANCE COMPANIES; DOES 1 through 100, inclusive; and ROE CORPORATIONS 1 through 100, inclusive,<br><br>          Defendants.<br><br>VIGILANT INSURANCE COMPANY, a New York corporation and member of the CHUBB GROUP OF INSURANCE COMPANIES,<br><br>          Counterclaimants,<br>vs.<br><br>ROBERT L. GOLDMAN,<br><br>          Counterdefendant. | CASE NO. 2:23-cv-01757-GMN-DJA<br><br>**JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>**[First Request]** |

The parties have received and reviewed the Court's order [Doc. 48] setting the matter for

an in-person April 13, 2026 settlement conference.

The parties and counsel are mutually unavailable on the date the Court selected, particularly as clients on both sides (and counsel for Vigilant) will have to travel to Las Vegas. The parties, through undersigned counsel, hereby jointly request that the Court reschedule the conference to **May 11 or 12, 2026**, if at all possible.

The parties and counsel have discussed scheduling and are mutually available on only these two dates. Vigilant's representative and Mr. Goldman have limited additional availability during the month of May, and none that is mutual. Mr. Goldman has significant international business travel scheduled before and after May 11 and 12, 2026. The parties' next mutual availability would be in June, and the parties do not want to wait quite so long to conduct the conference.

An additional and important factor underlying this request is that the parties currently have the following depositions scheduled:

- April 22 – Corey Everett (30(b)(6) regarding claim handling);
- May 4 – Mary Wojtulewicz (retired former Vigilant employee regarding underwriting);
- May 8 – William Gavlick (30(b)(6) regarding underwriting).

The parties believe settlement negotiations will not be as productive as they could be before these already-scheduled depositions are complete. With multiple individuals traveling to Las Vegas, the parties wish to give themselves the best opportunity for resolution.

If May 11 and 12 do not work for the Court's calendar, the parties are open to a brief scheduling call or review of alternate dates in June.

RESPECTFULLY SUBMITTED this 13th day of March 2026.

MCCORMICK BARSTOW

By: _/s/ Cheryl A. Grames_
CHERYL GRAMES
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
*Attorneys for Defendant Vigilant Insurance*

*Company, a New York corporation and member of the CHUBB Group of Insurance Companies*

BROENING OBERG WOODS & WILSON PC

By:   */s/ Jason P. Kasting*
    ROBERT T. SULLIVAN
    JASON P. KASTING
    2800 North Central Avenue, Suite 1600
    Phoenix, AZ 85004
    *Attorneys for Defendant Vigilant Insurance Company*

MARQUIZ LAW OFFICE, P.C.

By:   */s/ Craig A. Marquiz (with permission)*
    CRAIG A. MARQUIZ
    1533 Teramo Street
    Henderson, NV 89052
    *Attorney for Plaintiff*

IT IS THEREFORE ORDERED that the parties' stipulation (ECF No. 52) is GRANTED. The settlement conference scheduled for April 13, 2026 (ECF No. 48) is VACATED. The settlement conference is RESCHEDULED for May 12, 2026, at 10:00 AM in LV Courtroom 3A.  The parties' settlement briefs are due by 4:00 PM on May 5, 2026.  All other portions of the order setting settlement conference (ECF No. 48) remain in effect.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 16, 2026

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13ᵗʰ day of March, 2026, I electronically filed the foregoing **document** with the Clerk of the Court through Case Management/Electronic Filing System.

Craig A. Marquiz, Esq.
MARQUIZ LAW OFFICE. P.C.
1533 Teramo Street
Henderson, NV 89052
marquizlaw@cox.net
Phone: (702) 263-5533
Fax: (702) 263-5532
*Attorneys for Plaintiff*


By   */s/Josie Uong*
An Employee of Broening Oberg Woods &
Wilson, P.C.

4