Marquiz Law Office
Professional Corporation
1533 Teramo Street
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532
Craig A. Marquiz, Esq.
NV Bar #7437

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ROBERT L. GOLDMAN;

Plaintiff,

v.

VIGILANT INSURANCE COMPANY, a New York corporation and member of the CHUBB GROUP OF INSURANCE COMPANIES; DOES 1 through 100, inclusive; and ROE CORPORATIONS I through 100, inclusive,

Defendants.

---

VIGILANT INSURANCE COMPANY, a New York corporation and member of the CHUBB GROUP OF INSURANCE COMPANIES,

Counterclaimant,

v.

ROBERT L. GOLDMAN

Counterdefendant.

Case No.: 2:23-cv-01757-GMN-BNW

**STIPULATION & ORDER TO EXTEND BRIEFING SCHEDULE**

**(First Request)**

The parties, by and through their respective counsel of record, hereby stipulate and agree to extend the briefing schedule on Vigilant Insurance Company's Motion for Summary Judgment (Dkt. No. 62). To that end, the parties respectfully submit that good cause for the requested extension exists due to, among other factors: (1) the complexity of the issues involved; (2) the

sheer volume of materials necessary for review for Plaintiff's response and Defendant's reply memoranda; (3) Plaintiff's counsel (a sole practitioner) having to navigate several pending motions in other matters while attending to a family medical emergency (one necessitating two emergency surgical procedures within the last two weeks and third scheduled for November 3, 2026); and (4) the forthcoming holiday season which will enable counsel to spend some time with their loved-ones in lieu of briefing obligations. Notably, for Plaintiff to have through and including December 14, 2026 for his response and for Vigilant to have through and including January 25, 2027.

RESPECTFULLY SUBMITTED this 30th day of October, 2026.

Marquiz Law Office
Professional Corporation

By: /s/ Craig A. Marquiz, Esq.
Craig A. Marquiz, Esq.
1533 Teramo Street
Henderson, NV 89052
Attorney for Plaintiff

McCormick Barstow LLP

By: /s/ Cheryl A. Grames, Esq.
Cheryl A. Grames, Esq.
7160 Rafael Rivera Way Ste 320
Las Vegas, NV 89113
Attorneys for Defendant / Counterclaimant

Broening Oberg Woods & Wilson PC

By: /s/ Jason P. Kasting, Esq.
Robert T. Sullivan, Esq., *Pro Hac Vice*
Jason P. Kasting, Esq., *Pro Hac Vice*
2800 N. Central Ave., Ste. 1600
Phoenix, AZ 85004
Attorneys for Defendant / Counterclaimant

**ORDER**

Based upon the foregoing and good cause existing, the parties' Stipulation to Extend the Briefing Schedule on Vigilant Insurance Company's Motion for Summary Judgment (Dkt. No. 62) is GRANTED.

Plaintiff's Response to the Motion for Summary Judgment shall be filed by **December 14, 2026**.

Defendant's Reply shall be filed by **January 25, 2027**.

DATED this 2 day of November, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT JUDGE